## BRAYTON V. BOONE *et al.*

1. **Practice:** MOTION FOR NEW TRIAL. The Supreme Court will not reverse the judgment of the court below upon an assignment that the verdict is not sustained by the evidence, when the motion for a new trial upon that ground was submitted to the court below.

*Appeal from Delaware District Court.*

TUESDAY, JANUARY 16.

THE material facts appear in the opinion.

*J. M. Brayton pro se.*

*Bissell & Shiras* for the appellees.

WRIGHT, J. — In this case plaintiff complains that the judgment of the court below in favor of the defendant was not warranted by the testimony. There was no motion for a new trial acted upon by the court below, and hence, as we have often decided, there is nothing which we can examine.

*1; PRAC-TICE: motion for new trial.*

We remark also, that we have the less hesitation in thus disposing of the case from the fact that upon an examination of the record, we strongly incline to the opinion that the judgment below was correct. The case, we think, is distinguishable from that of *Cooley* v. *Brayton*, 16 Iowa, 10, upon which plaintiff mainly relies for reversal. But, however, this may be, in view of the state of the record, we cannot disregard appellees' objection that there is no question properly presented for our review, and the judgment is, therefore,

Affirmed.